IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES ANTHONY WILLIS,

    Petitioner,

v.

T. DARRELL HART,

    Respondent.

CIVIL ACTION NO.: CV206-094

## ORDER

Petitioner has filed a "Motion to Compel Discovery from Opposing Respondent Party(s) State's Prosecutor's Investigative Files." Petitioner's discovery motion is **DENIED**. See Order dated April 25, 2006. Petitioner should contact the attorney who represented him in the criminal case in Glynn Superior Court to obtain the requested documents.

**SO ORDERED**, this 13th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE