AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES ANTHONY WILLIS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-94

T. DARRELL HART

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated December 1, 2006, adopting the Report and Recommendation of the U.S. Magistrate Judge, judgment of dismissal is hereby entered and this case stands dismissed.

| December 1, 2006 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03