IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES ANTHONY WILLIS,

    Petitioner,

v.

T. DARRELL HART,

    Respondent.

CIVIL ACTION NO.: CV206-094

## ORDER

On October 31, 2006, Magistrate Judge James E. Graham issued a Report recommending that the petition filed pursuant to 28 U.S.C. § 2254 by Charles Anthony Willis be denied. Willis was given until November 20, 2006, to file objections. As no objections were filed, on December 1, 2006, the Court dismissed the petition. Willis then filed a Motion for Reconsideration. On December 19, 2006, the Court vacated the December 1, 2006 Order, re-opened this case, and permitted Willis additional time to respond to the Report and Recommendation of the Magistrate Judge. As this case has been reopened and there is no final order in this matter, Petitioner's application for a certification of appealability is **DISMISSED**.

**SO ORDERED**, this 31st day of January, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)